IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOTECH INTERNATIONAL, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>MARK GODFREDSON,<br><br>              Defendant. | **4:15CV3122**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to permit Thomas E. Zimmerman to withdraw as counsel on behalf of the plaintiff, (filing no. 5), is granted.

2) The court's docket will reflect that John C. Hahn and Spencer G. Bergen are counsel for the plaintiff.

November 19, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge