IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOTECH INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK GODFREDSON,<br><br>　　　　Defendant and Third-<br>　　　　Party Plaintiff,<br><br>vs.<br><br>MARK J. BOHATY,<br><br>　　　　Third-Party Defendant. | 4:15-CV-3122<br><br>ORDER |

　　　This matter is before the Court on the Mark Godfredson and Mark J. Bohaty's stipulation and joint motion for judgment of dismissal (filing 21). This motion will be granted.

　　　IT IS ORDERED:

1. The stipulation and joint motion for judgment of dismissal (filing 21) is granted.
2. The claims asserted between Mark Godfredson and Mark J. Bohaty are dismissed with prejudice.
3. The parties shall bear their own costs and fees with respect to those claims.
4. Mark J. Bohaty is terminated as a party to this case.

Dated this 20th day of July, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge